9/18/26

FILED/REC'D
2026 SEP 18 P 12:26
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

UNITED STATES District Court for Western District of Wisconsin

26 CV 957 JDP

Sebastian Taylor
Plaintiff,

Case No:

Complaint Filed:

v.

Metropolitan Associates.AWI GP
Defendant

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(a)

I wish to have court on or after Oct 2nd/2026. Because I need time to fill out the Waiver of Indigency form correctly.

Sebastian Taylor
2234 Luann Ln #302
madison WI 53713